UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JAMES CURTIS CRAWFORD | : | CASE NUMBER A18-53288-WLH |
| DEBTOR | : | |

**TRUSTEE'S SUPPLEMENTAL REPORT
FOLLOWING CONFIRMATION HEARING**

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on May 16, 2018:**

As to whether Debtor provided proof of March and May mortgage payments

**The Attorney for the Trustee has reviewed the case as instructed and:**

Recommends dismissal because:

The Debtor has failed to provide proof of March and May mortgage payments

*Please enter an Order of Dismissal*

This the 31st day of May, 2018.

\_\_\_/s/_____
Ryan J. Williams,
Attorney for Chapter 13 Trustee
GA Bar Number 940874
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

/jlr

## CERTIFICATE OF SERVICE

Case No:  A18-53288-WLH

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
JAMES CURTIS CRAWFORD
2224 CREEKVIEW TRAIL
DECATUR, GA  30035

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
BURROW & ASSOCIATES, LLC
court@legalatlanta.com

This the 31st day of May, 2018.

/s/_____
   Ryan J. Williams
   Attorney for the Chapter 13 Trustee
   State Bar No. 940874
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201